EARL S. MALLOY v. WILLIAM H. FAUVER, ET AL.

May 30, 1989.

Petition for certification denied.

CATHERINE SLACK v. RICHARD B. GRUBER, D.D.S.

May 30, 1989.

Petition for certification granted.

MICHAEL CIRASELLA v. BOARD OF ADJUSTMENT OF THE BOROUGH OF SPRING LAKE.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY, BY THE BOROUGH OF OGDENSBURG, SUSSEX COUNTY OF NEW JERSEY v. MARIETTA PEIA.

May 30, 1989.

Petition for certification denied.